IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 08-24M |
| | ) | |
| MARK TRAVIS, | ) | |
| | ) | |
| Defendant. | ) | |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ENTRY OF APPEARANCE

**PLEASE** withdraw the appearance of Shawn A. Weede, as attorney of record for the United States, and enter the appearance of Shawn E. Martyniak, Special Assistant United States Attorney for the District of Delaware, in the above-captioned case.

Respectfully submitted,

COLM F. CONNOLLY
United States Attorney

BY: _____
Shawn E. Martyniak
Special Assistant United States Attorney
Nemours Building, Suite 700
1007 Orange Street
P.O. Box 2046
Wilmington, DE 19899-2046
302-573-6277, x170

Dated: February 19, 2008